UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR AMARAUT, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>Defendant. | Case No.: 19cv0411-WQH-MDD<br><br>**AMENDED CASE MANAGEMENT ORDER UP TO THE FILING OF THE CLASS CERTIFICATION MOTION**<br>**[ECF NO. 32]** |

On September 6, 2019, the parties filed a Joint Motion to Continue Case Management Schedule. (ECF No. 32). The Court grants in part and denies in part, the joint motion. IT IS HEREBY ORDERED:

1. Any motion to join other parties, to amend the pleadings, or to

1

file additional pleadings shall be filed on or before **September 27, 2019**.

2. Discovery will be in phases. Phase one includes fact discovery regarding the merits of Plaintiffs' individual claims and suitability as class representatives. Phase one also includes non-merits fact and expert discovery necessary to support or oppose class certification. Phase one discovery must be completed by **January 10, 2020.** "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, so that it may be completed by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a). Counsel are to comply with the chambers rules of the Magistrate Judge in bringing discovery disputes before the court.

3. All expert disclosures regarding class certification issues as required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **October 25, 2019**. Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or before **November 29, 2019**. Unless otherwise stipulated by the parties, the required expert disclosures shall include an expert report as required by Rule 26(a)(2)(B). If a written report is not required, the disclosure must provide the information required under Rule 26(a)(2)(c).

4. On or before **February 14, 2020**, any motion for class certification shall be filed.

5. On or before **September 30, 2019**, the parties must file a status report regarding the mediation, along with a renewed motion to amend the

scheduling order if warranted.

IT IS SO ORDERED.

Dated: September 15, 2019

Hon. Mitchell D. Dembin
United States Magistrate Judge