Carolyn H. Cottrell (SBN 166977)
David C. Leimbach (SBN 265409)
Scott L. Gordon (SBN 319872)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
sgordon@schneiderwallace.com

Attorneys for Plaintiffs and the Putative Collective and Classes

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR AMARAUT, on behalf of himself and all others similarly situated, et al., | Case No.: 3:19-cv-00411-WQH-AHG |
| Plaintiffs, | **DECLARATION OF DAVID C. LEIMBACH IN SUPPORT OF JOINT MOTION REGARDING PRODUCTION OF CONTACT INFORMATION FOR THE CLASS** |
| vs. | |
| Sprint/United Management Company, | |
| Defendant. | <u>Judge</u>: Hon. William Q. Hayes<br><u>Magistrate Judge</u>: Hon. Allison H. Goddard |
| | Date action filed: February 28, 2019 |

Gregg I. Shavitz (*pro hac vice*)
Michael Palitz (*pro hac vice*)
Tamra C. Givens (*pro hac vice*)
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com
mpalitz@shavitzlaw.com

Attorneys for Plaintiffs and the Putative Collective and Classes

# DECLARATION OF DAVID C. LEIMBACH

I, David C. Leimbach, declare:

1.   I am an attorney at law duly licensed and in good standing to practice law in the courts of California (No. 265409) and am admitted to practice law before this Court, the United States District Court for the Southern District of California.  I am a senior associate at the law firm of Schneider Wallace Cottrell Konecky Wotkyns LLP, counsel for Plaintiffs Vladimir Amaraut, Katherine Almonte, Corbin Beltz, Kristopher Fox, Dylan McCollum, and Quinn Myers (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, in this action.

2.   I have personal knowledge of the facts set forth in this Declaration and, if called upon as a witness, I could and would testify competently as to these facts.

3.   This Declaration is submitted in support of Joint Motion Regarding Production of Contact Information for the Class.

4.   Plaintiff Amaraut propounded his Requests for Production of Documents, Set One, and Special Interrogatories, Set One, on June 25, 2019. True and correct copies of these documents are attached hereto as Exhibits 1 and 2, respectively.

5.   The specific requests at issue in the instant motion are Plaintiff Amaraut's Document Request Nos. 1 and 2 and Special Interrogatories Nos. 1 and 2.

6.   Defendant Sprint/United Management Company served Defendant's Response to Requests for Production of Documents - Set One and Defendant's Response to Plaintiff's Special Interrogatories - Set One on August 16, 2019.  True and correct copies of these documents are attached hereto as Exhibits 3 and 4, respectively.

//

//

//

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed this 20th day of December, 2019, in Emeryville, California.

3

4                              /s/ *David C. Leimbach*
                               David C. Leimbach
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID C. LEIMBACH IN SUPPORT OF JOINT MOTION REGARDING
PRODUCTION OF CONTACT INFORMATION FOR THE CLASS
*Amaraut v. Sprint/United Management Company*; Case No. 3:19-cv-00411-WQH-AHG

Carolyn H. Cottrell (SBN 166977)
David C. Leimbach (SBN 265409)
Scott L. Gordon (SBN 319872)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
sgordon@schneiderwallace.com

Attorneys for Plaintiffs and the Putative Collective and Classes

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR AMARAUT, on behalf of himself and all others similarly situated, et al., | Case No.: 3:19-cv-00411-WQH-AHG |
| Plaintiffs, | **DECLARATION OF DAVID C. LEIMBACH IN SUPPORT OF JOINT MOTION REGARDING PRODUCTION OF CONTACT INFORMATION FOR THE CLASS** |
| vs. | |
| Sprint/United Management Company, | |
| Defendant. | Judge: Hon. William Q. Hayes |
| | Magistrate Judge: Hon. Allison H. Goddard |
| | Date action filed: February 28, 2019 |

Gregg I. Shavitz (*pro hac vice*)
Michael Palitz (*pro hac vice*)
Tamra C. Givens (*pro hac vice*)
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com
mpalitz@shavitzlaw.com

Attorneys for Plaintiffs and the Putative Collective and Classes

# DECLARATION OF DAVID C. LEIMBACH

I, David C. Leimbach, declare:

1.    I am an attorney at law duly licensed and in good standing to practice law in the courts of California (No. 265409) and am admitted to practice law before this Court, the United States District Court for the Southern District of California.  I am a senior associate at the law firm of Schneider Wallace Cottrell Konecky Wotkyns LLP, counsel for Plaintiffs Vladimir Amaraut, Katherine Almonte, Corbin Beltz, Kristopher Fox, Dylan McCollum, and Quinn Myers (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, in this action.

2.    I have personal knowledge of the facts set forth in this Declaration and, if called upon as a witness, I could and would testify competently as to these facts.

3.    This Declaration is submitted in support of Joint Motion Regarding Production of Contact Information for the Class.

4.    Plaintiff Amaraut propounded his Requests for Production of Documents, Set One, and Special Interrogatories, Set One, on June 25, 2019. True and correct copies of these documents are attached hereto as Exhibits 1 and 2, respectively.

5.    The specific requests at issue in the instant motion are Plaintiff Amaraut's Document Request Nos. 1 and 2 and Special Interrogatories Nos. 1 and 2.

6.    Defendant Sprint/United Management Company served Defendant's Response to Requests for Production of Documents - Set One and Defendant's Response to Plaintiff's Special Interrogatories - Set One on August 16, 2019.  True and correct copies of these documents are attached hereto as Exhibits 3 and 4, respectively.

//

//

//

1        I declare under penalty of perjury that the foregoing is true and correct.

2   Executed this 20th day of December, 2019, in Emeryville, California.

3

4                      /s/ *David C. Leimbach*
                   David C. Leimbach

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID C. LEIMBACH IN SUPPORT OF JOINT MOTION REGARDING
PRODUCTION OF CONTACT INFORMATION FOR THE CLASS
*Amaraut v. Sprint/United Management Company*; Case No. 3:19-cv-00411-WQH-AHG