UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR AMARAUT, on behalf of himself and all others similarly situated, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>                                    Defendant. | Case No.: 3:19-cv-411-WQH-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF TEXT MESSAGE LANGUAGE FOR FLSA NOTICE**<br><br>**[ECF No. 140]** |

Before the Court is the parties' Joint Motion for Approval of Text Message Language for FLSA Notice Pursuant to Order Granting in Part and Denying in Part Plaintiffs' Motion for Sanctions (ECF No. 133). ECF No. 140. Good cause appearing, the Court **GRANTS** the joint motion. Accordingly, the Court **ORDERS** as follows:

1. The Court approves the following language for the short form of text message notice regarding this FLSA collective action:

"Official Federal Court ordered notice: Non-exempt retail employees for Sprint may visit www.sprintovertime.com to join lawsuit seeking back pay. Type in: <unique code> on site. You do not need to opt in again if you have already done so."

2. The Notice Administrator shall send text messages with such language to the members of the Collective for whom text message notice is required pursuant to the Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Sanctions (ECF No. 133).

**IT IS SO ORDERED**.

Dated: April 10, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge