1  Carolyn H. Cottrell (SBN 166977)
   David C. Leimbach (SBN 265409)
2  Scott L. Gordon (SBN 319872)
   **SCHNEIDER WALLACE**
3  **COTTRELL KONECKY LLP**
   2000 Powell Street, Suite 1400
4  Emeryville, California 94608
   Telephone: (415) 421-7100
5  Facsimile: (415) 421-7105
   ccottrell@schneiderwallace.com
6  dleimbach@schneiderwallace.com
   sgordon@schneiderwallace.com
7
   [*Additional Counsel Listed on Next Page*]
8
   Attorneys for Plaintiffs and the Collective
9  and Putative Classes

10

11

## UNITED STATES DISTRICT COURT

12

## SOUTHERN DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| 15  VLADIMIR AMARAUT, *et al.*, on behalf of themselves and all others 16  similarly situated, | Case No. 3:19-cv-00411-WQH-AHG |
| 17        Plaintiffs, | **JOINT MOTION TO EXTEND PAGE LIMIT FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |
| 18        v. | |
| 19  SPRINT/UNITED MANAGEMENT COMPANY, | |
| 20        Defendant. | Judge: Hon. William Q. Hayes |
| 21 | Date Action Filed: February 28, 2019 |

22

23

24

25

26

27

28

Gregg I. Shavitz (*pro hac vice*)
Michael Palitz (*pro hac vice*)
Tamra C. Givens (*pro hac vice*)
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com
mpalitz@shavitzlaw.com

Attorneys for Plaintiffs and the
Collective and Putative Classes


EMILY T. PATAJO, Bar No. 250212
epatajo@littler.com
**LITTLER MENDELSON, P.C.**
2049 Century Park East, 5th Floor
Los Angeles, California  90067.3107
Telephone: 310.553.0308
Facsimile:  310.553.5583

HOVANNES G. NALBANDYAN, Bar No. 300364
hnalbandyan@littler.com
**LITTLER MENDELSON, P.C.**
633 West 5th Street, 63rd Floor
Los Angeles, CA  90071
Telephone: 213.443.4300
Facsimile:  213.443.4299

Attorneys for Defendant
SPRINT/UNITED MANAGEMENT COMPANY

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs in the above-captioned action and Defendant Sprint/United Management Company, through their respective counsel of record, jointly move for an order extending the page limit for the Memorandum of Points and Authorities in support of Plaintiffs' Motion for Preliminary Approval of Class and Collective Action Settlement. In support of this joint motion, Plaintiffs and Defendant (collectively, the "Parties") state as follows:

WHEREAS, Plaintiffs filed this putative Class and Collective action on February 28, 2019;

WHEREAS, the Parties have reached a proposed Class and Collective Action Settlement Agreement and Release ("Settlement"), following a mediation session with mediator Jeff Ross, that fully resolves this action;

WHEREAS, the deadline for Plaintiffs to file their Motion for Preliminary Approval of the proposed Settlement is January 8, 2020;

WHEREAS, pursuant to Local Rule 7.1(h), a memorandum of points and authorities in support of a motion may not exceed 25 pages without leave of Court;

WHEREAS, Plaintiffs require more than 25 pages, and up to 40 pages, for their Motion for Preliminary Approval due to the complex nature of the Settlement, which resolves the claims of approximately 9,500 individuals across five Rule 23 Classes and an FLSA Collective, and due to the extensive amount of factual description, procedural history, and legal analysis that must be presented;

WHEREAS, Plaintiffs and Defendant submit that there is good cause to extend the page limit for Plaintiffs' Motion for Preliminary Approval to provide the Court with a comprehensive analysis of this complex Settlement;

NOW THEREFORE, the Parties hereby jointly move for an order extending the page limit for the Memorandum of Points and Authorities in support of Plaintiffs'

Motion for Preliminary Approval of Class and Collective Action Settlement to 40 pages.

Respectfully submitted,

Date: January 8, 2021

/s/ *Scott L. Gordon*
Carolyn H. Cottrell
David C. Leimbach
Scott L. Gordon
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**

/s/ *Gregg I. Shavitz*
Gregg I. Shavitz (*pro hac vice*)
Michael Palitz (*pro hac vice*)
Tamra C. Givens (*pro hac vice*)
**SHAVITZ LAW GROUP, P.A.**

Attorneys for Plaintiffs and the Collective and Putative Classes

Date: January 8, 2021

/s/ *Hovannes G. Nalbandyan*
Emily T. Patajo
Hovannes G. Nalbandyan
**LITTLER MENDELSON, P.C.**

Attorneys for Defendant

JOINT MOTION TO EXTEND PAGE LIMIT FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF
CLASS AND COLLECTIVE ACTION SETTLEMENT
*Amaraut, et al. v. Sprint/United Management Company*; Case No. 3:19-cv-00411-WQH-AHG

1

**SIGNATURE ATTESTATION**

2

3

I hereby attest that all signatories listed above, on whose behalf this joint motion is submitted, concur in the filing's content and have authorized the filing.

4

Dated: January 8, 2021                          /s/ *Scott L. Gordon*

5

Scott L. Gordon

6

7

**CERTIFICATE OF SERVICE**

8

9

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system on January 8, 2021.

10

11

12

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

13

Dated: January 8, 2021                          /s/ *Scott L. Gordon*

14

Scott L. Gordon

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOINT MOTION TO EXTEND PAGE LIMIT FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT
*Amaraut, et al. v. Sprint/United Management Company*; Case No. 3:19-cv-00411-WQH-AHG