UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR AMARAUT, KATHERINE ALMONTE, KRISTOPHER FOX, DYLAN MCCOLLUM, QUINN MYERS, and MARISSA PAINTER, on behalf of themselves and others similarly situated,<br><br>                         Plaintiffs,<br>v.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>                         Defendant. | Case No.:  19-cv-411-WQH-AHG<br><br>**JUDGMENT** |

HAYES, Judge:

      The Court HEREBY ENTERS JUDGMENT consistent with the Settlement (ECF No. 201-3) and the Order Granting Final Approval of Class and Collective Action Settlement and dismisses the above-captioned action with prejudice.

Dated:  August 5, 2021

                                                */s/ William Q. Hayes*
                                          Hon. William Q. Hayes
                                          United States District Court